No. 73–5867. MASON ET AL. *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 73–5884. OWENS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 73–5941. HENRY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 73–5955. STEWART *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–6007. CARRION *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 73–6024. VALDEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–6025. GORHAM *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 73–6026. ALEXANDER *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 7th Cir. Certiorari denied.

No. 73–6063. GALLINGTON ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–6037. HAWK *v.* CITY OF DETROIT ET AL. C. A. 6th Cir. Certiorari denied.

No. 73–6069. SPIERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–6102. HORNBECK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6110. GOODELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.